2016-0971 (La. 9/16/16)

**James H. HOOPER, Jr., et al.**

v.

**HERO LANDS COMPANY, et al.**

**NO. 2016-C-0971**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Plaquemines, 25th Judicial District Court Div. A, No. 59-740; to the Court of Appeal, Fourth Circuit, No. 2015-CA-0929

Denied.

HUGHES, J., would grant.

2016-0972 (La. 9/16/16)

**Maria MURO**

v.

**Deanna HAND**

**Richard Spinelli, Jr.**

v.

**Deanna Hand**

**NO. 2016-C-0972**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. D, No. 2015-08063; to the Court of Appeal, Fourth Circuit, No. 2015-CA-1162 C/W 2015-CA-1163

Denied.

2016-0978 (La. 9/16/16)

**STATE of Louisiana**

v.

**Vernon CLAY**

**NO. 2016-KK-0978**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. D, No. 522-823; to the Court of Appeal, Fourth Circuit, No. 2016-K-0140

Denied.

HUGHES, J., would grant.